UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EMMA MARIE NELSON

    Plaintiff,

v.                                                          Case No. 8:25-cv-1816-WFJ-LSG

COHO FAMILY, LLC and
DIEN LE,

    Defendants,
_____/

<strong><u>ORDER</u></strong>

Before the Court is the parties' Stipulated Consent to IDEAL Program and to Magistrate Judge Authority (Dkt. 21). To finalize their consent to proceed before the Magistrate Judge, counsel shall complete and file the AO 85 form titled, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," a copy of which is attached to this Order.

**DONE AND ORDERED** at Tampa, Florida, on September 11, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**<u>COPIES FURNISHED TO:</u>**
Counsel of Record

Case 8:25-cv-01816-WFJ-LSG    Document 22    Filed 09/11/25    Page 2 of 2 PageID 85